|     |     |
| --- | --- |
| 1   |     |
| 2   |     |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| EMMA MATHEWS, an individual, | CASE NO.: 2:23-cv-00714-RFB-NJK |
| Plaintiff, | ORDER GRANTING |
| vs. | **JOINT REQUEST TO EXTEND TIME TO FILE PRE-TRIAL ORDER** |
| ALBERTSON'S LLC d/b/a ALBERTSONS; and DOE I through X, inclusive; and ROE CORPORATIONS, I through V, inclusive, | |
| Defendants. | |

Plaintiff, EMMA MATHEWS, by and through her attorneys, TYLER M. CRAWFORD, ESQ. of ATKINSON WATKINS & HOFFMAN, and Defendant, 99 CENTS ONLY STORES LLC, by and through its attorneys, LEW BRANDON, JR., ESQ. and RYAN VENCI, ESQ. of BRANDON | SMERBER LAW FIRM, hereby request the time to file the Joint Pre-Trial Order be extending until March 26, 2023

This is a personal injury matter arising from a slip and fall on June 12, 2021, at an Albertsons grocery store. Emma Mathews ("Plaintiff") claims she sustained injuries to her left. Knee. The parties have agreed to and scheduled a mediation with Hon. Gene T. Porter (Ret.) for February 26, 2024.

Pursuant to the Order of August 9, 2023, granting the Joint Motion to Extend Discovery Plan and Scheduling Order, the last day to file dispositive motions was December 27, 2023

(ECF #12). Pursuant to LR 26-1(b)(5), (6), the Joint Pre-Trial Order is to be filed no later than thirty (30) days after the date set for dispositive motions if no dispositive motions are filed. The due date for the Joint Pre-Trial Report, therefore, is January 26, 2024.

In an attempt to conserve resources and the Court's time, the parties request the due date for the Joint Pre-Trial Report be extended until after the mediation is conducted on February 26, 2024. This will assist the parties in being able to focus their resources, time and money on resolving this matter at the mediation and avoiding any unnecessary resources preparing the Joint Pre-Trial Report that will be moot if the parties are able to resolve this matter at the mediation. This Request is not being made for any purposes of delay.

DATED this 25th day of January 2024.   DATED this 25th day of January 2024.

BRANDON | SMERBER LAW FIRM          ATKINSON WATKINS & HOFFMAN

/s/ Lew Brandon, Jr., Esq.           /s/ Tyler M. Crawford, Esq.

LEW BRANDON, JR., ESQ.               MATTHEW W. HOFFMANN, ESQ.
Nevada Bar No. 5880                  Nevada Bar No. 009061
RYAN VENCI, ESQ.                     TYLER M. CRAWFORD, ESQ.
Nevada Bar No. 7547                  Nevada Bar No. 10559
139 E. Warm Springs Road             10789 West Twain Avenue, Suite 100
Las Vegas, Nevada 89119              Las Vegas, Nevada 89135
*Attorneys for Defendant,*           702-562-6000
*ALBERTSON'S LLC d/b/a ALBERTSONS*   Facsimile – 702-562-6066
                                     *Attorneys for Plaintiff,*
                                     *EMMA MATHEWS*

## ORDER

The parties' stipulation is GRANTED.  Docket No. 19.  The stipulation at Docket No. 17 is DENIED as moot.  The parties must file a status report regarding mediation no later than February 28, 2025.  IT IS SO ORDERED.

DATED:  January 26, 2023.

_____
UNITED STATES MAGISTRATE JUDGE
HONORABLE NANCY J. KOPPE