**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EMMA MATHEWS, an individual, | CASE NO.: 2:23-cv-00714-RFB-NJK |
| Plaintiff, | |
| vs. | **STATUS REPORT REGARDING MEDIATION** |
| ALBERTSON'S LLC d/b/a ALBERTSONS; and DOE I through X, inclusive; and ROE CORPORATIONS, I through V, inclusive, | |
| Defendants. | |

    Plaintiff, EMMA MATHEWS, by and through her attorney, TYLER M. CRAWFORD, ESQ. of ATKINSON WATKINS & HOFFMAN, and Defendant, 99 CENTS ONLY STORES LLC, by and through its attorneys, LEW BRANDON, JR., ESQ. and RYAN VENCI, ESQ. of BRANDON | SMERBER LAW FIRM, hereby submit this Status Report regarding Mediation as ordered by the Court on January 26, 2024. See Order #20.

    The parties had a mediation set with the Hon. Gene T. Porter (Ret.) for January 26, 2024. However, due to a work conflict, Plaintiff advised she would be unable to attend the mediation as scheduled. The parties have re-set the mediation for March 18, 2024.

    The parties respectfully request the Court continue the date for the filing of the Joint Pre-Trial Memorandum until a date after the mediation. In keeping with the Court's prior Order,

the parties propose a due date of March 20, 2024, for a supplemental status report regarding mediation.

DATED this 22nd day of February 2024.    DATED this 22nd day of February 2024.

**BRANDON | SMERBER LAW FIRM**    **ATKINSON WATKINS & HOFFMAN**

/s/ Lew Brandon, Jr., Esq.    /s/ Tyler M. Crawford, Esq.

**LEW BRANDON, JR., ESQ.**    **MATTHEW W. HOFFMANN, ESQ.**
Nevada Bar No. 5880    Nevada Bar No. 009061
**RYAN VENCI, ESQ.**    **TYLER M. CRAWFORD, ESQ.**
Nevada Bar No. 7547    Nevada Bar No. 10559
139 E. Warm Springs Road    10789 West Twain Avenue, Suite 100
Las Vegas, Nevada 89119    Las Vegas, Nevada 89135
*Attorneys for Defendant,*    702-562-6000
*ALBERTSON'S LLC d/b/a ALBERTSONS*    Facsimile – 702-562-6066
    *Attorneys for Plaintiff,*
    *EMMA MATHEWS*

## ORDER

**IT IS SO ORDERED.**

Dated this 23rd day of February 2024.

_____
UNITED STATES MAGISTRATE JUDGE
HONORABLE NANCY J. KOPPE